UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LEWIS THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-100-PLR-HBG |
| | ) | |
| CARGILL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On October 2, 2014, the parties presented for a telephonic discovery conference pursuant to the Scheduling Order [Doc. 5 at 4], to address the Plaintiff's failure to respond to interrogatories and requests for production. Plaintiff was present, representing himself, and Attorneys Shayne Clinton and John Speer were present representing the Defendant.

The Court reiterated to the Plaintiff that he must comply with his discovery obligations, regardless of whether he has an attorney representing him or not. The Court directed the Plaintiff to provide signed answers and responses to the interrogatories and requests for production. He agreed that he would answer them on or before October 17, 2014. The Court advised the Plaintiff that failure to answer could result in the Court issuing sanctions, which could include dismissal of Plaintiff's claims.

The Defendant asked that certain pretrial deadlines be extended based upon the Plaintiff's failure to respond to the interrogatories and requests for production. The Court agreed to extend

the Defendant's deadline for disclosing experts, the motion to compel deadline, and the discovery deadline.

Accordingly, it is **ORDERED**:

1. The Plaintiff **SHALL** answer the interrogatories and respond to the requests for production that Defendant served upon Plaintiff on or before **October 17, 2014**. The Plaintiff **SHALL** certify the truthfulness of his answers and responses through his signature on the interrogatories and requests for production.

2. The Plaintiff is **ADMONISHED** that failure to fully and completely answer the interrogatories and respond to the requests for production may result in the imposition of sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, and specifically, failure to fully and completely answer and respond may result in **DISMISSAL**.

3. The Defendant will have up to and including **November 21, 2014**, in which to disclose its expert testimony.

4. The parties will have up to and including **November 21, 2014**, in which to file any motions to compel.

5. All discovery in this case must be completed on or before **December 19, 2014.**

**IT IS SO ORDERED.**

ENTER:

*[signature: Bruce Guyton]*
United States Magistrate Judge